UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| ANA GISELL CALDERILLA LINARES,<br><br>Petitioner,<br><br>v.<br><br>JAMES JANECKA, et al.,<br><br>Respondents. | Case No. 5:26-cv-00289-JFW-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
|---|---|

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus by Person in Federal Custody Under 28 U.S.C. § 2241 (Dkt. 1, "Petition") filed by Ana Gisell Calderilla Linares ("Petitioner"), the Answer to the Petition (Dkt. 6), Petitioner's Traverse (Dkt. 7), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 9, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT the Petition is granted, in part, on the procedural due process claim, as follows. Respondents are ordered to

immediately release Petitioner from custody subject to the conditions of her original parole and order of recognizance; and enjoined from re-detaining Petitioner without appropriate notice and an opportunity to be heard in compliance with the United States Constitution and all applicable federal laws, regulations, and procedures. In all other respects, the Petition is denied without prejudice as moot.

IT IS SO ORDERED.

Dated: March 13, 2026

JOHN F. WALTER
United States District Judge