JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| ANA GISELL CALDERILLA LINARES,<br><br>              Petitioner,<br><br>       v.<br><br>JAMES JANECKA, et al.,<br><br>              Respondents. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 5:26-cv-00289-JFW-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition (Dkt. 1) is granted, in part, as set forth in the Order (Dkt. 10), and is in all other respects, denied.

Dated: March 13, 2026

JOHN F. WALTER
United States District Judge